UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHELE V., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 24-11200 <br> Honorable Thomas L. Ludington <br> Magistrate Judge Elizabeth A. Stafford |

**ORDER GRANTING PLAINTIFF'S MOTION
FOR AN EXTENSION OF TIME (ECF NO. 10)**

Plaintiff Michele V. moved for a 45-day extension of the briefing schedule to file a motion for summary judgment.  ECF No. 10.  She states that the Commissioner does not object.  *Id.*, PageID.1388.  The Honorable Thomas L. Ludington referred the case to the undersigned for all non-dispositive motions under 28 U.S.C. § 636(b)(1)(A).  ECF No. 9.

Because plaintiff's motion for more time was made before the deadline to file her brief, the good cause standard applies.  *See* Fed. R. Civ. P. 6(b)(1)(A) (court may grant an extension for good cause if the request is made before the original deadline).  Plaintiff has shown good cause.

The amended schedule is as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | 10/10/2024 |
| Defendant's Motion for Summary Judgment | 11/12/2024 |
| Plaintiff's Reply | 11/26/2024 |

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: August 27, 2024

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to

their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 27, 2024.

s/Julie Owens
JULIE OWENS
Case Manager
