**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

MICHELE VANDERVEN,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
______________________________/

Case No. 1:24-cv-11200

Hon. Michael C. Martin
United States District Judge

**OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND RESOLVING MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, Michele Vanderven, brings this action against the Commissioner of the Social Security Administration ("the Commissioner") seeking to challenge an administrative law judge's ("ALJ") denial of her application for supplemental security income. Both parties moved for summary judgment. The matter was referred to Magistrate Judge Elizabeth A. Stafford, who issued a report and recommendation in which she recommends that the Court deny Vanderven's motion for summary judgment, grant the Commissioner's motion for summary judgement, and affirm the ALJ's decision. Vanderven filed one timely objection to the report and recommendation. For the following reasons, the Court will adopt Magistrate Judge

Stafford's report and recommendation and grant the Commissioner's motion for summary judgment.

When a party files timely objections to a report and recommendation, as Vanderven has done here, the Court must "make a *de novo* determination of those portions of the report or specified findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667 (1980). This *de novo* review requires the court to re-examine all the relevant evidence previously reviewed by the magistrate judge to determine whether the recommendation should be accepted, rejected, or modified. 28 U.S.C. § 636(b)(1).

Vanderven makes one objection. She claims that Magistrate Judge Stafford erred by observing that a July 2020 image of Vanderven's left knee was the only "objective evidence" cited by Vanderven in support of her claim for benefits. (ECF No. 18, PgID.1452). Vanderven says that the record actually contains several other types of "objective medical evidence" in support of her claim. (ECF No. 20, PgID.1461-62) But the evidence listed by Vanderven in her objection was not ignored by Magistrate Judge Stafford. Rather, Magistrate Judge Stafford specifically noted that this evidence was in the form of Vanderven's "own testimony, self-reports to medical examiners, and general statements by a physician . . . ." (ECF No. 18, PgID.1452). The only evidence that Vanderven points to that Magistrate Judge Stafford did not explicitly mention was the fact that Vanderven underwent physical

therapy. (ECF No. 20, PgID.1462) But Vanderven also indicates that this physical therapy resulted in "improvement" to her mobility – which means that this evidence hardly moves the needle. In the end, this Court is guided by the deferential standard of review applicable to a social security case. Under that standard, the Court must affirm the Commissioner's decision if it is supported by 'substantial evidence and was made pursuant to proper legal standards.' " *Rabbers v. Comm'r Soc. Sec. Admin.*, 582 F.3d 647, 651 (6th Cir. 2009) (quoting *Rogers v. Comm'r of Soc. Sec.*, 486 F.3d 234, 241 (6th Cir. 2007)); see also 42 U.S.C. § 405(g). Substantial evidence is "more than a scintilla . . . but less than a preponderance." *Pittsburgh & Conneaut Dock Co. v. Dir., Office of Workers' Comp. Programs*, 473 F.3d 253, 259 (6th Cir. 2007). It is merely relevant evidence that "a reasonable mind might accept as adequate to support a conclusion." *Id.* Having reviewed the record – including the fact that the ALJ relied on two medical experts who found that Vanderven could engage in certain physical activity (ECF No. 18, PgID.1455) – the Court finds that Magistrate Judge Stafford's conclusion that the ALJ's decision should be affirmed is well-reasoned and correct.

For the foregoing reasons, Vanderven's objections (ECF No. 20) are **OVERRULED**, the Magistrate Judge's report and recommendation (ECF No. 18) is **ADOPTED IN FULL**, Vanderven's motion for summary judgment (ECF No. 13)

is **DENIED**, and the Commissioner's motion for summary judgment (ECF No. 15) is **GRANTED**.

**SO ORDERED.**

s/ Michael C. Martin
MICHAEL C. MARTIN
United States District Judge

Date: October 13, 2026